RESAT KELES *v.* YALE UNIVERSITY
(AC 26923)

Schaller, McLachlan and Harper, Js.

Argued September 14—officially released October 24, 2006

Per Curiam. The judgment is affirmed.

TOWN OF EAST HARTFORD ET AL. *v.* JAMES W.
SHELMERDINE, JR.
(AC 26912)

Gruendel, Rogers and Mihalakos, Js.

Argued September 14—officially released October 24, 2006

Per Curiam. The judgment is affirmed.

KATHLEEN S. WASSON *v.* DAVID F. WASSON
(AC 26514)

Flynn, C. J., and Gruendel and Peters, Js.

Argued September 21—officially released October 24, 2006

Per Curiam. The judgment is affirmed.